# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LASHAWN ESTINE WILSON,<br><br>    Defendant. | Case No. 23-CR-327-RSH<br><br>**JUDGMENT & ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**<br><br>The Honorable Robert S. Huie |

The United States of America's Motion to Dismiss the Information (ECF No. 15), without prejudice, is GRANTED. The Court dismisses the Information without prejudice.

DATED: 4/03/2023

*Robert S. Huie*

Honorable Robert S. Huie
United States District Judge